UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Seana Cromitie
on behalf of herself and all others similarly situated,

        Plaintiffs,

v.

CASE NO.: 1:23-cv-5001

Southern Pipe & Supply Company, Inc.

        Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Seana Cromitie and the Defendant hat whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 31, 2023

| **For Plaintiff Seana Cromitie** | **For Defendant   Souther Pipe & Supply Company, Inc.** |
|---|---|
| */s/ Mark Rozenberg* | */s/ Whitt Steineker* |
| Mark Rozenberg | **Clyde Whittaker Steineker** |
| Stein Saks, PLLC | Bradley Arant Boult Cummings, LLP |
| 1 University Plaza | One Federal Place 1819 5th Ave N |
| Hackensack, NJ 07601 | Birmingham, AL 35203 |
| Ph: (201) 282-6500 | Ph: (205) 521-8000 |
| mrozenberg@steinsakslegal.com | wsteineker@babc.com |

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Dated:  August 3, 2023